IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:16CR14-004 |
| Plaintiff, | ) | |
| v. | ) | Judge Christopher A. Boyko |
| TYRELL HOLLIS, | ) | |
| Defendant. | ) | ORDER |

      This matter was before the Court on August 14, 2020, for a hearing on the Government's request for revocation of Defendant Tyrell Hollis's supervised release via video conference. The Defendant was present and represented by Attorney James Campbell. The United States was represented by Assistant United States Attorney Vanessa Healy. The Probation Office was represented by Joseph Perez.

      A Supervised Release Violation hearing was held by Magistrate Judge Carmen H. Henderson on August 10, 2020, at which time the Defendant admitted to the new law violation. The Government moved to dismiss the remaining three violations of failure to attend cognitive behavioral therapy, failure to be present for random drug tests and unauthorized use of drugs. The Magistrate Judge issued a Report and Recommendation on the same date. The Court adopts the Magistrate Judge's Report and Recommendation, finds Defendant in violation and revokes supervised release.

The Defendant is sentenced to custody of Bureau of Prisons (BOP) for a term of fifteen months, with six months consecutive to his sentence in the Mahoning County Court case. Upon release from imprisonment, the Defendant shall be placed on supervised release for a term of two years. All previously ordered conditions remain in effect. The Defendant shall be considered for placement in the Court's Reentry Program.

Defendant is remanded to custody.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE

DATED: August 18, 2020

Court Reporter: Sue Trischan; Time: 30 minutes